# United States District Court
### *Northern District of New York*
## AMENDED JUDGMENT

**ARBOR HILL CONCERNED CITIZENS NEIGHBORHOOD ASSOCIATION; ALBANY COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; AARON MAIR; MARYAM MAIR; and MILDRED CHANG**

**Plaintiffs'**

**VS.**                                    **1:03-CV-502 (NAM)**


**COUNTY OF ALBANY; and ALBANY COUNTY BOARD OF ELECTIONS**

**Defendants'**

**[X]  Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The parties entered into a stipulated consent judgment in this action that was approved by Judge Norman A. Mordue on 8/19/04, that judgment is amended to include an award of attorneys fees and costs incurred both in district court and on appeal to the plaintiffs' in the amount of $160,763.07.

All of the above pursuant to the Orders of the Honorable Judge Norman A. Mordue dated 8/19/04 and 9/26/05.


**OCTOBER 14, 2005**                    **LAWRENCE K. BAERMAN**

_____          _____


**DATE**                                **CLERK OF COURT**

                                        **s/**

                                        _____

                                        **JOANNE BLESKOSKI**
                                        **DEPUTY CLERK**